*919
 
 Order reversed and the indictment dismissed in the following memorandum": The acts established, that defendant by threat of shooting compelled a father and son to drive him from Utica to Syracuse, do not bring the case within the terms of former Penal Law (§ 1250) to establish beyond a reasonable doubt that he kidnapped the complainants with an intent they be ‘ ‘ confined or imprisoned” or “kept or detained”. The compulsion to provide transportation had no such relationship to detention as to make out a true kidnapping under the former statute (cf.
 
 People
 
 v.
 
 Levy,
 
 15 N Y 2d 159;
 
 People
 
 v.
 
 Lombardi,
 
 20 N Y 2d 266). The new Penal Law more precisely defines and limits the scope of kidnapping and related crimes (art. 135).
 

 Concur: Chief Judge Fuld and Judges Burke, Bergan and Gibson. Judges Scileppi and Jasen dissent and vote, to affirm. Taking no part: Judge Breitbl.